


11089520
3/3
3/16/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-15-10

CASE: Howard George Kreiner II

DOCKET #: 05-92296

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✓) Checks under $5.00

( ) Other  P/c 2 American Express Travel Rel Services
c/o Becket & Lee
POB 3001
Malvern PA 19355-0701